Dreer's Estate.

258

*Byron, Longbottom, Pape & O'Brien,* for Volunteers of America, exceptant.
*Charles F. Eggleston,* for the Philadelphia Federation of Churches, contra.

GEST, J., Feb. 21, 1930.—This case was carefully heard and considered by the Auditing Judge, before whom much testimony was produced. We are satisfied that his conclusions were correct, and the exceptions are, therefore, dismissed for the reasons stated in the adjudication, which it is not necessary to elaborate.

The exceptions are dismissed and the adjudication is confirmed absolutely.

HENDERSON, J., did not sit.